1  Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
2  Michael J. Manning, Esq.  (State Bar No. 286879)
   Tristan P. Jankowski, Esq. (State Bar No. 290301)
3  **MANNING LAW, APC**
4  20062 SW Birch St., Suite 200 Newport Beach, CA 92660
   Office: (949) 200-8755 Fax: (866) 843-8308
5  ADAPracticeGroup@manninglawoffice.com
6
   Attorneys for Plaintiffs:
7  JAMES RUTHERFORD
8
9  Rose W. Tsai (SBN: 186951)
   Email: rt@rosetlaw.com
10 **LAW OFFICES OF ROSE W. TSAI & ASSOCIATES**
11 4000 MacArthur Boulevard, Suite 600 East Tower
   Newport Beach, California 92660
12 Tel: (949) 440-3288
13 Fax: (949) 440-3289
14
   Attorney for Defendant:
15 CHEN PI LIEN PEN
16
                    **UNITED STATES DISTRICT COURT**
17
                    **CENTRAL DISTRICT OF CALIFORNIA**
18

| 19 | JAMES RUTHERFORD, | Case No.: 8:19-cv-00367-PSG-DFM |
|---|---|---|
| 20 | Plaintiff, | Hon. Philip S. Gutierrez |
| 21 | | |
| 22 | vs. | **JOINT NOTICE OF SETTLEMENT** |
| 23 | LON-YEUN PUNG an individual; | Complaint Filed: February 26, 2019 |
| 24 | LON-YEUN PUNG and CHEN PI LIEN PEN, husband and wife as | Trial Date: None Set |
| 25 | joint tenants; and Does 1-10, inclusive, | |
| 26 | | |
| 27 | Defendant(s). | |
| 28 | | |

JOINT NOTICE OF SETTLEMENT
1

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiff, JAMES RUTHERFORD, and Defendant, CHEN PI LIEN PEN (the "Parties") have reached a settlement in this matter and expect to file a joint stipulation for dismissal of the action within thirty (30) days, pending completion of certain terms of the confidential settlement agreement.

Dated: August 22, 2019  **MANNING LAW, APC**

By: */s/ Michael J. Manning, Esq.*
Michael J. Manning, Esq.
Joseph R. Manning, Jr., Esq.
Tristan P. Jankowski Esq.
Attorneys for Plaintiff,
JAMES RUTHERFORD

Dated: August 22, 2019  **LAW OFFICES OF ROSE W. TSAI & ASSOCIATES**

By: */s/ Rose W. Tsai, Esq.*
Rose W. Tsai
Attorney for Defendant,
CHEN PI LIEN PEN

**CERTIFICATE OF SERVICE**

I certify that on August 22, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: August 22, 2019           **MANNING LAW, APC**

By:   */s/ Michael J. Manning, Esq.*
      Michael J. Manning, Esq.
      Joseph R. Manning, Jr., Esq.
      Tristan P. Jankowski Esq.
      Attorneys for Plaintiff,
      JAMES RUTHERFORD